# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

In the Matter of the Search of

1. White 1997 Jeep Wrangler
VIN # 1J4FY1952VP984078
Located at 221 West Aten Road,
Imperial, California 92251

06 NOV 28 AM 11: 21

**SEARCH WARRANT**

DEPUTY

CASE NUMBER: '06 MJ 2163

TO: __Any authorized law enforcement officer__ and any Authorized Officer of the United States

Affidavit having been made before me by Senior Patrol Agent Luis A. Samaniego of the U.S. Border Patrol who has reason to believe that on the premises known as

See Attachment "A"

in the Southern District of California there is now concealed a certain person or property namely

See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant based on alleged violations of 8 U.S.C. §§ 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(iii) and (v)(I); 1324 (a)(2)(B)(ii); 1324 (a)(1)(A)(ii) and (v)(II); and 1324 (a)(1)(A)(iii) and (v)(II).

YOU ARE HEREBY COMMANDED to search on or before __11/16/06__
                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __BARBARA L. MAJOR, U.S. MAGISTRATE JUDGE__ as required by law.
United States Magistrate Judge

__11/6/06 at 4:30 pm__ at __San Diego, CA__
Date and Time Issued                City and State

**BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/06/2006 | 11/07/2006   8:45 AM | Left inside of vehicle |

**INVENTORY MADE IN THE PRESENCE OF**
SPA Clifford D. Leyba, DHS CBP USBP

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Five (5) Department of Motor Vehicle Forms: Vehicle/Vessel Transfer and Reassignment Form found in center consul.

Three (3) Western Union forms, (2 stapled together) in the amount of $1,000.00 U.S. Sender is Francisca Castro and receiver is Maria Isabel Sanchez Corona found in the center consul.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ Barbara L. Major    11/17/06
U.S. Judge or Magistrate    Date